EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: | 2025 TSPR 91 |
| Aprobación de Cambio de Estatus Inactivo de agosto de 2025 | 216 DPR ___ |

Número del Caso:  EM-2025-0012

Fecha:  15 de septiembre de 2025

Materia: Aprobación de Cambio de Estatus Inactivo de agosto de 2025.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de agosto de 2025     EM-2025-0012

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo y el Juez Asociado señor Estrella Martínez

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de septiembre de 2025.

Durante el periodo de agosto de 2025, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Betsy E. González Ríos | 4,795 |
| Rufo E. González Rosario | 5,274 |
| José A. Guzmán Rosario | 5,646 |
| Nicolás Martínez Martínez | 7,278 |
| Pedro R. López de Victoria Gómez | 7,414 |
| Ana Margarita Colón Soto | 8,313 |
| Eduardo Feliciano Villamil | 8,794 |
| Victoria A. Ferrer Kerber | 8,982 |
| Elba I. Martínez Torres | 9,123 |
| Mireya Pérez Del Río | 10,497 |
| Lidyvel Martínez Colón | 12,243 |
| Luisa Sussette Valle Castro | 12,740 |

Jenny Rodríguez Yejo                    12,839

Hugo J. Quilichini Arbona               15,023

Cristina Otaño Alonso                   21,369

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo